Filed 5/15/13  In re B.M. CA4/2

## NOT TO BE PUBLISHED IN OFFICIAL REPORTS

California Rules of Court, rule 8.1115(a), prohibits courts and parties from citing or relying on opinions not certified for publication or ordered published, except as specified by rule 8.1115(b).  This opinion has not been certified for publication or ordered published for purposes of rule 8.1115.

## IN THE COURT OF APPEAL OF THE STATE OF CALIFORNIA

## FOURTH APPELLATE DISTRICT

## DIVISION TWO

| | |
|---|---|
| In re B.M., a Person Coming Under the Juvenile Court Law. | |
| THE PEOPLE, | E057400 |
| Plaintiff and Respondent, | (Super.Ct.No. INJ1200008) |
| v. | OPINION |
| B.M., | |
| Defendant and Appellant. | |

APPEAL from the Superior Court of Riverside County.  Lawrence P. Best,

Temporary Judge.  (Pursuant to Cal. Const., art. VI, § 21.)  Affirmed.

Kristin A. Erickson, under appointment by the Court of Appeal, for Defendant and

Appellant.

No appearance for Plaintiff and Respondent.

A juvenile court found true that defendant and appellant B.M. (minor) committed misdemeanor battery on school property. (Pen. Code, § 243.2, subd. (a)(1).)[1] Immediately thereafter, and after waiving his right to a probation report, minor was placed on probation in the custody of his father for a period of six months pursuant to Welfare and Institutions Code section 725, subdivision (a), on various terms and conditions. Minor appeals from the judgment. We find no error and affirm the judgment.

I

FACTUAL BACKGROUND

On October 5, 2011, the victim was walking to his class at Coachella Valley High School when minor and another juvenile approached him. Minor asked the victim if he wanted to fight; earlier that morning, the victim and minor had "bumped into each other." The victim replied, "no," and walked away. Minor then grabbed the victim's collar from behind, turned him around, and punched the victim in the face. Minor also pulled the victim by the collar and kneed him in the face. The victim suffered a red mark on his check as a result.

II

DISCUSSION

Minor appealed and, upon his request, this court appointed counsel to represent him. Counsel has filed a brief under the authority of *People v. Wende* (1979) 25 Cal.3d 436 and *Anders v. California* (1967) 386 U.S. 738, setting forth a statement of the case, a

---

[1] The court found the second allegation, petty theft in violation of Penal Code section 484, subdivision (a), not true.

summary of the facts, and potential arguable issues and requesting this court to conduct an independent review of the record.

We offered minor an opportunity to file a personal supplemental brief, but he has not done so. Pursuant to the mandate of *People v. Kelly* (2006) 40 Cal.4th 106, we have independently reviewed the record for potential error and find no arguable issues.

III

DISPOSITION

The judgment is affirmed.

NOT TO BE PUBLISHED IN OFFICIAL REPORTS

HOLLENHORST
Acting P. J.

We concur:

KING
J.

CODRINGTON
J.

3